IN THE SUPREME COURT OF TEXAS

 No. 08-0938

 HOUSTON WINDCREST WEST ROAD I, L.P., Petitioner
 v.

 FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WASHINGTON MUTUAL
 BANK, Respondent

 On Petition for Review

ORDERED:

 1. Respondent Federal Deposit Insurance Corporation's unopposed
motion for stay pending exhaustion of the mandatory administrative claims
process, filed February 17, 2009, is granted. All proceedings are stayed
until further order of this Court.
 2. The petition for review remains pending before this Court.

 Done at the City of Austin, this February 20, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk